**No. 10-1187. Anna L. Brown, Petitioner v. The Florida Bar, et al.**

563 U.S. 1021, 131 S. Ct. 2936, 180 L. Ed. 2d 225, 2011 U.S. LEXIS 4106.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 406 Fed. Appx. 434.